```
                                                        USDC SDNY
                                                        DOCUMENT ELECTRONICALLY
                                                        FILED
                                                        DOC#: _____
UNITED STATES DISTRICT COURT                            DATE FILED: 5-23-19
SOUTHERN DISTRICT OF NEW YORK
```

KEVIN GAREY,

                Plaintiff,

      -against-

CLBL, INC.,

                Defendant.

19-cv-01669 (ALC)

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:   May 23, 2019
             New York, New York

                                                        _____
                                                          ANDREW L. CARTER, JR.
                                                          United States District Judge